Hand-Delivered

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 1:22cv55-MR

FILED
CHARLOTTE, NC

MAR 14 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

William M. Horniak, Ph.D.

Plaintiff,

VS.

COMPLAINT

Asheville City Schools Bd. of Educ.
85 Mountain Street
Asheville, NC 28801
Superintendent: Dr. Gene Freeman
HR Director: Dr. Mark Dickerson

Defendant(s).

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

## B. PARTIES

1. Name of Plaintiff: William M Horniak
   Address: 600 Sadie Drive
   CAMatthews, NC 28105

2. Name of first Defendant: Asville Board of Education
   Address: 85 Mountain Street
   Asheville, NC 28801

3. Name of second Defendant: Dr. Gene Freeman (Superintendent)
   Address: 85 Mountain Street
   Asheville, NC 28801

4. Name of third Defendant: Director of Human Resources
   Address: Dr. Mark Dickerson
   85 Mountain Street
   Asheville, NC 28801

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   Asheville High School
   419 McDowell Street
   Asheville, NC 28803

2. The discriminatory acts occurred on or about:

   8/30/2000 – 4/21/2021 (Month, Day, Year)

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

___11/17/2021_____(Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

___12/15/2021_____(Month, Day, Year)

5. The discriminatory acts that are the basis of this suit are:
   a. ✓ Failure to employ me.
   b. ✓ Failure to promote me.
   c. ✓ Termination of my employment.
   d. ___ Demotion.
   e. ___ Denied equal pay/work.
   f. ___ Sexual harassment.
   g. ✓ General harassment.
   h. ✓ Other acts (Be specific: Attach an additional sheet if necessary)

1. DISCRIMINATION (DISABILITY & AGE) VIOLATION: ADA
2. WRONGFUL TERMINATION (RETALIATION & WHISTLEBLOWER)

6. Defendant's conduct is discriminatory with respect to:
   a. ___ my race
   b. ___ my color
   c. ___ my sex
   d. ___ my religion
   e. ___ my national origin
   f. ✓ my age

7. I believe that the defendant is still committing these acts against me.

   YES ___        NO ✓

WDNC-EEOC Complaint form – Feb 2016                                           3

Case 1:22-cv-00055-MR-WCM   Document 1   Filed 03/14/22   Page 3 of 10

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

Count 1: VIOLATION NC GEN STATUTES. ALL EMPLOYEES (NCDPI) ARE TO BE EVALUATED 3X ANNUALLY FOR PERFORMANCE, 5X IN THIS CASE? NOT ONCE — REASON GIVEN: POOR PERFORMANCE

Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

SEE ATTACHED #1

1. ALL INFORMAL EVALUATIONS WERE POSITIVE. W/O NOTICE CONTRACT NOT RENEWED
2. POSITION PROMOTION AVAILABLE (2X) DURING TENURE NOT CONSIDERED BUT APPLIED
3. AS VETERAN NEVER GIVEN INTERVIEWS (X2)

Count 2: AGE / DISABILITY / WHISTLEBLOWER
59 — OLDEST / HIGHEST PAID BLDG. LEVEL ADMIN.
FORCED TO PROVIDE / DOCUMENT DISABILITY FOR REMOTE WORK. NEVER ACKNOWLEDGED OR ADDRESSED.

Supporting Facts:

SEE ATTACHED #2

## E. INJURY

How have you been injured by the actions of the defendant(s)?

✓ 9 MONTHS CONCURRENT UNEMPLOYMENT IN MIDST
✓ ONE YEAR BEFORE QUALIFYING FOR RETIREMENT
✓ FORCED TO SALE HOME of 6.5 YEARS
✓ 2 YEARS LOSS OF WAGES DUE RENEWAL
✓ ASSOCIATED HEALTH CARE COVERAGE LOSS
   DENTAL / VISION
✓ EMOTIONAL / MENTAL
   DAMAGES RESULTING IN MORE PHYSICAL ISSUES

# F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?   YES _____   NO ___✓___

If your answer is "YES", describe each lawsuit. (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

2. Name of court and case or docket number: _____ N/A _____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____ N/A _____

4. Issues raised:

_____ N/A _____

5. When did you file the lawsuit? _____ N/A _____ (Date: Month/Year)

6. When was it (will it be) decided? _____ N/A _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

   YES _____   NO ___✓___

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

NO - ATTEMPTED TO APPEAL NON RENEWAL UNSUCCESSFULLY IN FORMAL HEARING.

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

2YRS LOSS WAGES
2YRS LOSS HEALTH/MEDICAL COVERAGE
2YRS DENIED PROMOTION(S)
LOSS OF RESIDENCE & HOME of 6.5 YEARS
UNEMPLOYED PAST 9 MONTHS

### JURY TRIAL REQUESTED

YES ✓      NO ____

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at _____ on  3/14/2022
            (Location)              (Date)

_William H. Carmichael_
Signature

# EEOC (INQUIRY) NUMBER: 430-2022-00389

## Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 06/30/2021

**Reason for Complaint:** Age - I am 40 years of age or older, Disability, Retaliation - I complained to my employer about job discrimination

**Pay Disparity:**

**Location of Incident:** North Carolina

**Submission (initial inquiry) Date:** 11/17/2021

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### INQUIRY OFFICE

**Receiving:** Charlotte District Office

**Accountable:** Charlotte District Office

### APPOINTMENT

**Appointment Date and time:** 11/22/2021 02:00 PM US/Eastern

**Interview Type:** Phone

### APPROXIMATE DEADLINE FOR FILING A CHARGE: 12/27/2021

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** William

**Last Name:** Horniak

**Street or Mailing Address:** 13 Miners Trace Road

**Address Line 2:**

**City, State, Zip:** BURNSVILLE, NC, 28714

**Country:** UNITED STATES OF AMERICA

**Year of Birth:** 1962

**Email Address:** wmhorniak@gmail.com

**Home Phone Number:** (704) 524-9666

**Cell Phone Number:**

## RESPONDENT/Employer

**Organization Name:** ASHEVILLE CITY SCHOOLS

**Type of Employer:** State or Local Government that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Street or Mailing Address:** 85 MOUNTAIN ST

**Address Line 2:**

**City, State, Zip Code:** ASHEVILLE, NC, 28801

**County:** Buncombe

**Phone Number:** (828) 350-7000

## RESPONDENT CONTACT

**First and Last Name:** Mark Dickerson

**Email Address:**

**Phone Number:**

**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** M

**Disabled:** I have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** White,

**National Origin:** English

## Adverse Action(s)

Notified of none renewal of contract. They claimed poor performance.

1. Violated NC Gen Statutes 14.3/ 115C-325... Never was evaluated then2o months under contract

2. Reported illegal behavior by subordinate employees to employer and law enforcement. Nothing was done about this.

3. Retaliated for whistle owing to protect students...

4. Was asked then required to unveil/reveal private medical information as to my health and a disability from doctor for remote work purposes which was never answered why? This was/is part of the illegal and discriminatory entire issue... They violated HIPPA laws as Indid not sign off or approve of this. There was no response to a letter I sent as to why....

5. I was the 3rd and last administrator fired or removed from then positions at same location.

## Supplemental Information

### What Reason(s) were you given for the action taken against you?

No reason when told contract non renewed. Once I filed an appeal a letter and had hearing I was then sent a letter prior to the hearing stating due to poor work performance... I received no formal or informal evaluations (Gen. Statute mandated). Noe was I ever told verbally or in writing my work performance was poor.

This entire ordeal was simply political and to clean the proverbial house at the apparent wishes of my Supervisor, as he did to two other colleagues holding the same positions. It was wanton, capricious, and nefarious in intent and motivation. This has caused my wife and I to lose our home, uninsured, and still seeking

employment 5 months out. They violated NC General Statute and exercised at will clause which is not part of the contractual agreement without ethical cause.

**Was anyone in a similar situation treated the same, better, or worse than you?**

Yes, I believe so, my 2x colleagues holding the same position were let go (1x transferred and ultimately leaving) for reasons unbeknownst to me before I was..

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

1. Dr. Sherry Hicks / 8283330166 / spooles2322@gmail.com

(I am confident and under the impression and understanding both know the motives and the why behind this decision).


2. Dr. Shane Cassida / shane.cassida@ashevillecityschools.net / 8283506131

(I am confident and under the impression and understanding both know the motives and the why behind this decision).


3. Dr. Dana Ayers / truanayers@gmail.com / 8285073353 /

(I am confident and under the impression and understanding both know the motives and the why behind this decision).


4. Ms Pamela Washington / pamela.washington@asevillecityschools.net / 8283502500

(I am confident and under the impression and understanding both know the motives and the why behind this decision).

**Please tell us any other information about your experience?**

I have already provided all relative, to include specific details, in the original filing.

I am unable to make the appt for the interview!? Says no apps available out the next 30 days? Was on hold for 61 minutes today. Finally, spoke to a person who was inconsiderate. The phone call dropped and he made NO EFFORT to call back to resolve this.