# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00055-MR-WCM

| | |
|---|---|
| **WILLIAM M. HORNIAK, Ph.D.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **ASHEVILLE CITY SCHOOLS BOARD** ) <br> **OF EDUCATION, et al.,** ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2].

The Plaintiff seeks to proceed with this civil action without having to prepay the costs associated with prosecuting the matter. [Doc. 4]. Upon review of the Plaintiff's Application, the Court finds that the Plaintiff has sufficient resources from which to pay the filing fee required for this action.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that the Plaintiff shall pay the required $402.00 filing fee within thirty (30) days of entry of this Order. **Failure to pay**

**the required filing fee within thirty (30) days of the entry of this Order will result in the dismissal of this action.**

**IT IS SO ORDERED.**

Signed: March 16, 2022

Martin Reidinger
Chief United States District Judge