# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00055-MR-WCM

| | |
|---|---|
| **WILLIAM M. HORNIAK, Ph.D.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **ASHEVILLE CITY SCHOOLS BOARD** ) <br> **OF EDUCATION, et al.,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** comes before the Court *sua sponte*.

On March 16, 2022, the Court entered an Order denying the Plaintiff's Application to proceed with this civil action without having to prepay the costs associated with prosecuting the matter. [Doc. 3]. The Court directed the Plaintiff to pay the required filing fee within thirty (30) days. [Id.]. The Plaintiff was specifically warned that "[f]ailure to pay the required filing fee within thirty (30) days of the entry of this Order will result in the dismissal of this action." [Id. at 1-2].

More than thirty (30) days have passed since the entry of the Court's Order and the Plaintiff has failed to pay the required filing fee. Accordingly, this action will be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: April 21, 2022

Martin Reidinger
Chief United States District Judge